JENNIFER CANGRO, Appellant, v JOHN Z. MARANGOS, Respondent.

In the Matter of GINA MARIE REITANO.

JENNIFER CANGRO, an Alleged Incapacitated Person, Appellant, v MARY V. ROSADO, Respondent.

Decided April 26, 2012

Reported below, 90 AD3d 470; 89 AD3d 535.

Appeals dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

DANIEL MARKS COHEN et al., Appellants, v ANDREW M. CUOMO, Governor of the State of New York, et al., Respondents.

Submitted April 25, 2012; decided April 26, 2012

Reported below, 35 Misc 3d 478.

Motion by New Roosevelt Foundation, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

DANIEL MARKS COHEN et al., Appellants, v ANDREW M. CUOMO, Governor of the State of New York, et al., Respondents.

Submitted April 25, 2012; decided April 26, 2012

Reported below, 35 Misc 3d 478.

Motion by Common Cause New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

In the Matter of H.H. WARNER, LLC, Appellant, v ROCHESTER GENESEE REGIONAL TRANSPORTATION AUTHORITY, Respondent.

Decided April 26, 2012

Reported below, 87 AD3d 1388.